IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| **WENDY LEWIS**, *et al*.<br><br>    **Plaintiffs,**<br><br> v.<br><br>**NEW YORK CITY HOUSING AUTHORITY,**<br><br>    **Defendant.** | Case No. 1:17-cv-00294-PKC<br>(JURY TRIAL DEMANDED) |

**NOTICE OF FILING CONSENT TO JOIN FORMS**

The plaintiffs, by and through counsel, hereby file Consent to Sue forms on behalf of the following individuals:

1. Quintella Blount
   2156 Linden Boulevard, Apartment 7B
   Brooklyn, NY 11207
   (Kings County)

2. Desiree Capers
   301 Tompkins Ave Apt 1
   Brooklyn, NY 11216
   (Kings County)

3. Joseph Concepcion
   822 Broadway
   Brooklyn, NY 11206
   (Kings County)

4. Marsha Coppedge
   351 Madison Street Apt 6B
   New York, NY 10002
   (New York County)

5. Hashim Gittens
   1510 Castle Hill Avenue, Apartment 387
   Bronx , NY 10462
   (Bronx County)

6. Ezekial Pelzer Jr.
   277 Quincy Street, Apartment 12
   Brooklyn, NY 11216
   (Kings County)

7. Gilbert Rodriguez
   1537 Castle Hill
   New York, NY 10462
   (Bronx County)

8. Robert Smith
   1113 E Founds Street
   Townsend, DE 19734
   (New Castle County County)

    The Consent to Sue forms for the above-named opt-in plaintiffs are attached hereto as Exhibit A.

Dated: New York, New York            Respectfully submitted,
        June 15, 2017

                                                */s/Molly A. Elkin*
                                                Molly A. Elkin
                                                WOODLEY & McGILLIVARY LLP
                                                1101 Vermont Ave., N.W., Suite 1000
                                                Washington, DC 20005
                                                Phone: (202) 833-8855

                                                /s/ *Hope Pordy*
                                                Hope Pordy
                                                SPIVAK LIPTON LLP
                                                1700 Broadway, Suite 2100
                                                New York, NY 10019
                                                Phone: (212) 765-2100
                                                hpordy@spivaklipton.com

                                                /s/ *Gregory K. McGillivary*
                                                Gregory K. McGillivary
                                                WOODLEY & McGILLIVARY LLP
                                                1101 Vermont Ave., N.W., Suite 1000
                                                Washington, DC 20005
                                                Phone: (202) 833-8855

                                                */s/Dave Ricksecker*

Dave Ricksecker
WOODLEY & McGILLIVARY LLP
1101 Vermont Ave., N.W., Suite 1000
Washington, DC 20005
Phone: (202) 833-8855